IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC.,<br>Plan Administrator of the Golden Star<br>Administrative Associates' 401(k) Plan and<br>Golden Star Bargaining Associates' 401(k) Plan,<br>On Behalf of Itself and All Others<br>Similarly Situated,<br><br>                Plaintiff,<br>v.<br><br>MASS MUTUAL LIFE INSURANCE CO.,<br><br>                Defendant. | Civil Action No.: 3:11-CV-30235-MAP |

## JOINT STIPULATION TO DISMISS CERTAIN CLAIMS

WHEREAS, Plaintiff filed its Complaint on October 19, 2011;

WHEREAS, after the parties met and conferred and agreed upon a mutually acceptable briefing schedule, Defendant filed a Motion to Dismiss and to Strike the Jury Demand (Dkts. 25 and 26) (the "Motion");

WHEREAS, the Motion seeks dismissal of the claims related to Defendant's Guaranteed Interest Account ("GIA") and Capital Preservation Account ("CPA");

WHEREAS, on January 18, 2012, the Honorable Janet C. Hall of the United States District Court for the District of Connecticut in Healthcare Strategies, Inc. v. ING Life Insurance & Annuity Co., Civil Action No. 3:11-cv-282 (JCH) (the "ING Action"), issued an opinion dismissing claims asserted in the ING Action that are substantially similar to the claims related to the GIA and CPA for which Defendant seeks dismissal;

WHEREAS, although Plaintiff believes that it could pursue the claims asserted with respect to the GIA and CPA in good faith in this case, Plaintiff recognizes the persuasive nature

of Judge Hall's recent decision relating to similar claims in the ING Action and has determined that it should not pursue the claims related to the GIA and CPA for which Defendant is seeking dismissal;

WHEREAS, following the issuance of the opinion in the ING Action, Plaintiff and Defendant have conferred and agreed that it is in the interests of judicial economy to stipulate to dismissal of the claims asserted with respect to the GIA and CPA for which Defendant seeks dismissal;

WHEREAS, this stipulation does not render Defendant's Motion moot, because Plaintiff still intends to oppose the portion of the Motion that seeks to strike Plaintiff's jury demand, and the parties will complete briefing on that portion of the Motion on the schedule previously set by the Court;

NOW THEREFORE, in consideration of the foregoing, the parties hereby agree and stipulate as follows:

1. Plaintiff and Defendant hereby stipulate and agree that the claims asserted by Plaintiff in the Complaint related to the GIA and CPA for which Defendant is seeking dismissal are hereby dismissed with prejudice without the necessity of any ruling by the Court with respect to those claims;

2. The parties will complete briefing on the portion of the Motion seeking to strike the jury demand on the schedule previously agreed upon and approved by the Court.

Respectfully submitted,

Dated: January 25, 2012

/s/ J. Lizette Richards
J. Lizette Richards, BBO #649413
John P. Pucci, BBO #407560
BULKLEY, RICHARDSON AND GELINAS, LLP
1500 Main Street, Suite 2700
P.O. Box 15507
Springfield, MA 01115-5507
Telephone: 413-781-2820
Fax: 413-785-5060
Email: lrichards@bulkley.com
jpucci@bulkley.com


Joel S. Feldman (pro hac vice)
Mark B. Blocker (pro hac vice)
Marcus S. Augustine (pro hac vice)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
E-mail: jfeldman@sidley.com
mblocker@sidley.com
maugustine@sidley.com


Bernadette Harrigan, BBO #635103
Massachusetts Mutual Life Insurance Co.
Office of the General Counsel
1295 State Street
Springfield, MA 01111-0001
Phone: (413) 788-8411
Email: bharrigan@massmutual.com

ATTORNEYS FOR MASSMUTUAL LIFE
INSURANCE CO.

Dated: January 25, 2012                /s/ Michelle H. Blauner_____
                                       Michelle H. Blauner
                                       Charles E. Tompkins
                                       Shapiro Haber & Urmy LLP
                                       53 State Street
                                       Boston MA, 02109
                                       Telephone:  (617) 439-3939
                                       Facsimile:  (617) 439-0134
                                       Email: mblauner@shulaw.com
                                              ctompkins@shulaw.com

                                       John M. Edgar
                                       John F. Edgar
                                       EDGAR LAW FIRM LLC
                                       1032 Pennsylvania Ave.
                                       Kansas City, MO  64105
                                       Telephone: (816) 531-0033
                                       Facsimile:  (816) 531-3322
                                       Email:  jme@edgarlawfirm.com
                                               jfe@edgardlawfirm.com

                                       James E. Miller
                                       Laurie Rubinow
                                       Karen M. Leser
                                       Shepherd Finkelman Miller & Shah, LLPC
                                       65 Main Street
                                       Chester, CT 06412
                                       Telephone: (860) 526-1100
                                       Facsimile: (860) 526-1120
                                       Email: jmiller@sfmslaw.com
                                              lrubinow@sfmslaw.com
                                              kleser@sfmslaw.com

                                       Ronald S. Kravitz
                                       Liner Grode Stein Yankelevitz Sunshine
                                       Regenstreif & Taylor LLP
                                       199 Fremont St., 20th Fl.
                                       San Francisco, CA  94105
                                       Telephone: (415) 489-7700
                                       Facsimile:  (415) 489-7701
                                       Email: rkravitz@linerlaw.com

                                       ATTORNEYS FOR PLAINTIFF
                                       AND THE PROPOSED CLASS

## CERTIFICATE OF SERVICE

I, J. Lizette Richards, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2012.

/s/ J. Lizette Richards
J. Lizette Richards