UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC.,<br>Plan Administrator of the Golden Star<br>Administrative Associates' 401(k) Plan and<br>Golden Star Bargaining Associates' 401(k) Plan,<br>On Behalf of Itself and All Others<br>Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MASS MUTUAL LIFE INSURANCE CO.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.: 3:11-CV-30235-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS CERTAIN CLAIMS

This matter, having come before the Court on the parties' Joint Stipulation to Dismiss Certain Claims,

IT IS HEREBY ORDERED as follows:

1. The claims asserted in the Complaint relating to Defendant's Guaranteed Interest Account and Capital Preservation Account are dismissed with prejudice.

2. The parties shall complete the briefing on the portion of Defendant's pending motion (Dkts. 25 and 26) that seeks to strike the Complaint's jury demand on the schedule previously agreed upon and approved by the Court.

SO ORDERED

DATED: Feb. 9, 2012

BY: *[signature]*

Hon. Michael A. Ponsor
United States District Judge