## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC., <br> Plan Administrator of the Golden Star <br> Administrative Associates' 401(k) Plan and <br> Golden Star Bargaining Associates' 401(k) Plan, <br> On Behalf of Itself and All Others <br> Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MASS MUTUAL LIFE INSURANCE CO., <br><br> Defendant. | Civil Action No.: 3:11-CV-30235-MAP |

*MAP 4/18/12*

## [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING AN AGREED UPON SCHEDULING ORDER

This matter, having come before the Court on the parties' Joint Stipulation Regarding An Agreed Upon Scheduling Order, IT IS HEREBY ORDERED as follows:

1. The parties Joint Stipulation is GRANTED;

2. The Court hereby adopts and establishes the pretrial schedule set forth in the parties' Joint Stipulation.

IT IS SO ORDERED

DATED: *April 18*, 2012          BY: _____

The Honorable Michael A. Ponsor
United States District Judge

- 7 -