UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC., ) <br> Plan Administrator of the Golden Star ) <br> Administrative Associates' 401(k) Plan and ) <br> Golden Star Bargaining Associates' 401(k) Plan, ) <br> On Behalf of Itself and All Others ) <br> Similarly Situated, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MASS MUTUAL LIFE INSURANCE CO., ) <br> ) <br> Defendant. ) | Civil Action No.: 3:11-CV-30235-MAP |

*MAP 10/3/12*

[PROPOSED] ORDER GRANTING JOINT
STIPULATION REGARDING AN AGREED UPON AND REVISED SCHEDULING ORDER

This matter, having come before the Court on the parties' Joint Stipulation Regarding

Agreed Upon And Revised Scheduling Order, IT IS HEREBY ORDERED as follows:

1. The parties' Joint Stipulation is GRANTED;

2. The Court hereby adopts and establishes the revised, pretrial schedule set forth in

    the parties' Joint Stipulation.

IT IS SO ORDERED

DATED: ~~September~~ Oct. 3, 2012

BY: /s/ Michael A. Ponsor

The Honorable Michael A. Ponsor
United States District Judge