UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC., )<br>Plan Administrator of the Golden Star )<br>Administrative Associates' 401(k) Plan and )<br>Golden Star Bargaining Associates' 401(k) Plan, )<br>On Behalf of Itself and All Others )<br>Similarly Situated, )<br>              Plaintiff, )<br>v. )<br> )<br>MASS MUTUAL LIFE INSURANCE CO., )<br>              Defendant. ) | Civil Action No.: 3:11-CV-30235-MAP |

### [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION AND MOTION REGARDING AN AGREED UPON AND REVISED SCHEDULING ORDER

This matter, having come before the Court on the parties' Joint Stipulation Regarding An Agreed Upon And Revised Scheduling Order, IT IS HEREBY ORDERED as follows:

1. The parties' Joint Stipulation is GRANTED;

2. The Court hereby adopts and establishes the revised, pretrial schedule set forth in the parties' Joint Stipulation and extends the time for Plaintiff's Opposition to Defendant's Motion to Strike Expert Report until March 15, 2013; and

3. Pursuant to Local Rule 7.1(b)(3), the Court hereby grants permission for Defendant to file a reply brief in support of its Motion to Strike, and may do so on or before March 29, 2013.

IT IS SO ORDERED.

DATED: February 19, 2013

BY: /s/ Michael A. Ponsor
The Honorable Michael A. Ponsor
United States District Judge