IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC., Plan Administrator of the Golden Star Administrative Associates' 401(k) Plan and Golden Star Bargaining Associates' 401(k) Plan, On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MASS MUTUAL LIFE INSURANCE CO., <br><br> Defendant. | ) ) ) ) ) Civil Action No.: 3:11-CV-30235 ) ) ) ) ) ) ) ) |

*MAP 5-21-13*

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING AN AGREED UPON AND REVISED SCHEDULING ORDER

This matter, having come before the Court on the parties' Joint Stipulation Regarding An Agreed Upon And Revised Scheduling Order, IT IS HEREBY ORDERED as follows:

1. The parties' Joint Stipulation is GRANTED;

2. The Court hereby adopts and establishes the revised, pretrial schedule set forth in the parties' Joint Stipulation.

3. The Court will hold a hearing on Defendant's Motion for Summary Judgment with respect to its alleged fiduciary status under ERISA on January 16, 2014. @ 2 p.m.

IT IS SO ORDERED

DATED: May 21, 2013          BY: *Michael A. Ponsor*

The Honorable Michael A. Ponsor
United States District Judge

CH1 7700791v.2