UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC., Plan Administrator of the Golden Star Administrative Associates' 401(k) Plan and Golden Star Bargaining Associates' 401(k) Plan, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASS MUTUAL LIFE INSURANCE CO.,<br><br>Defendant. | Case No. 3:11-30235-JLT<br><br>Hon. Joseph L. Tauro<br><br>**LEAVE TO FILE GRANTED BY ORDER DATED MAY 21, 2013** |

# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF WHETHER IT ACTS AS A FIDUCIARY WITH RESPECT TO REVENUE SHARING

Defendant Massachusetts Mutual Life Insurance Company ("MassMutual") hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1. The grounds supporting this motion are set forth in the accompanying memorandum of law.

In further support of this motion, MassMutual submits the accompanying memorandum of law, a Local Rule 56.1 Statement of Undisputed Facts, and the Affidavit of Christopher M. Assise (with accompanying exhibits).

Dated: November 20, 2013

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

By:   /s/ Mark B. Blocker
         One of its attorneys


James O. Fleckner (BBO #641494)
Alison V. Douglass (BBO #646861)
Ai Tajima (BBO #669182)
GOODWIN PROCTOR LLP
Exchange Place
53 State Street
Boston, MA  02109
Phone:  (617) 570-1000
Fax:     (617) 523-1231
E-mail:  jfleckner@goodwinprocter.com
            adouglass@goodwinprocter.com
            atajima@goodwinprocter.com

Joel S. Feldman (*pro hac vice*)
Mark B. Blocker (*pro hac vice*)
Jen C. Won (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Phone:  (312) 853-7000
Fax:     (312) 853-7036
E-mail:  jfeldman@sidley.com
            mblocker@sidley.com
            jwon@sidley.com

Bernadette Harrigan, BBO #635103
E-mail:  bharrigan@massmutual.com
Massachusetts Mutual Life Insurance Co.
Law Department
1295 State Street
Springfield, MA  01111-0001
Phone:  (413) 788-8411

ATTORNEYS FOR MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, a copy of Massachusetts Mutual Life Insurance Company's Motion for Summary Judgment On The Issue Of Whether It Acts As A Fiduciary With Respect To Revenue Sharing was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark B. Blocker
*One of the Attorneys for Defendant Massachusetts Mutual Life Insurance Company*