UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC., Plan Administrator of the Golden Star Administrative Associates' 401(k) Plan and Golden Star Bargaining Associates' 401(k) Plan, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE CO., <br><br> Defendant. | Case No: 3:11-CV-30235-PBS <br><br> Hon. Patti B. Saris |

# DEFENDANT'S MOTION TO IMPOUND

Pursuant to Local Rule 7.2, Defendant Massachusetts Mutual Life Insurance Company ("MassMutual") hereby requests that this Court grant MassMutual leave to file under seal its (a) Reply Memorandum in Support of its Motion for Summary Judgment on the Issue of Whether it Acts as a Fiduciary with Respect to Revenue Sharing; (b) Response to Plaintiff's Local Rule 56.1 Response and Counter-Statement of Material Facts of Record; and (c) Assise Affidavit in support of MassMutual's Reply Memorandum in support of its Motion for Summary Judgment and accompanying exhibits (collectively the "Summary Judgment Reply Materials"). In support of this motion, MassMutual states as follows:

1. On October 15, 2012, the Court entered a protective order. (Dkts. 41 and 42.)

2. The protective order states that "Confidential Materials and briefs and other papers referencing 'Confidential' information shall be filed under seal."

3. MassMutual's Summary Judgment Reply Materials are due on January 29, 2014.

-1-

4. As part of MassMutual's Summary Judgment Reply Materials, MassMutual intends to submit as support and discuss in its briefs various documents deemed Confidential under the terms of the protective order.

Accordingly, pursuant to United Stated District Court of Massachusetts Local Rule 7.2, MassMutual requests that its forthcoming Summary Judgment Reply Materials be impounded for the duration of this litigation, then returned to counsel.

Dated: January 28, 2014

Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

By: /s/ Mark B. Blocker
     One of its attorneys

James O. Fleckner (BBO #641494)
Alison V. Douglass (BBO #646861)
Ai Tajima (BBO #669182)
GOODWIN PROCTOR LLP
Exchange Place
53 State Street
Boston, MA 02109
Phone: (617) 570-1000
Fax: (617) 523-1231
E-mail: jfleckner@goodwinprocter.com
       adouglass@goodwinprocter.com
       atajima@goodwinprocter.com

Joel S. Feldman (*pro hac vice*)
Mark B. Blocker (*pro hac vice*)
Jen C. Won (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
E-mail: jfeldman@sidley.com
       mblocker@sidley.com
       jwon@sidley.com

Bernadette Harrigan (BBO #635103)
E-mail: bharrigan@massmutual.com
Massachusetts Mutual Life Insurance Co.
Office of the General Counsel
1295 State Street
Springfield, MA 01111-0001
Phone: (413) 788-8411

ATTORNEYS FOR MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2014, a copy of the Defendant's Motion to Impound will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark B. Blocker
*One of the Attorneys for Defendant*
*Massachusetts Mutual Life Insurance Company*