## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GOLDEN STAR, INC., | ) | |
| Plan Administrator of the Golden Star | ) | |
| Administrative Associates' 401(k) Plan and | ) | |
| Golden Star Bargaining Associates' 401(k) | ) | Case No. 3:11-CV-30235-PBS |
| Plan, on Behalf of Itself and All Others | ) | |
| Similarly Situated, | ) | Hon. Patti B. Saris |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASSACHUSETTS MUTUAL LIFE | ) | |
| INSURANCE CO., | ) | |
| | ) | |
| Defendant. | | |

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Mark B. Blocker, hereby certify that counsel for Defendant, Massachusetts Mutual Life

Insurance Company, conferred by e-mail with opposing counsel in an effort to resolve or narrow

the issues presented in Defendant's Motion to Impound its Reply Memorandum in Support of its

Motion for Summary Judgment, and opposing counsel does not object to the relief sought herein.

January 29, 2014                    Respectfully submitted,

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY
By: /s/ Mark B. Blocker
    One of its attorneys

James O. Fleckner (BBO #641494)
Alison V. Douglass (BBO #646861)
Ai Tajima (BBO #669182)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
Phone:  (617) 570-1000
Fax:     (617) 523-1231
E-mail:  jfleckner@goodwinprocter.com
            adouglass@goodwinprocter.com
            atajima@goodwinprocter.com

Joel S. Feldman (*pro hac vice*)
Mark B. Blocker (*pro hac vice*)
Jen C. Won (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL  60603
Phone:  (312) 853-7000
Fax:      (312) 853-7036
E-mail:  jfeldman@sidley.com
              mblocker@sidley.com
              jwon@sidley.com

Bernadette Harrigan, BBO #635103
E-mail:  bharrigan@massmutual.com
Massachusetts Mutual Life Insurance Co.
Law Department
1295 State Street
Springfield, MA  01111-0001
Phone:  (413) 788-8411

ATTORNEYS FOR MASSACHUSETTS MUTUAL
LIFE INSURANCE COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2014, I electronically filed a copy of Massachusetts Mutual Life Insurance Company's Local Rule 7.1(A)(2) Certification. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark B. Blocker
*One of the Attorneys for Defendant*
*Massachusetts Mutual Life Insurance*
*Company*