UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDEN STAR, INC., Plan Administrator of the Golden Star Administrative Associates' 401(k) Plan and Golden Star Bargaining Associates' 401(k) Plan, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE CO.,<br><br>Defendant. | Case No. 3:11-CV-30235-PBS<br><br>Hon. Patti B. Saris<br><br>**LEAVE TO FILE GRANTED BY ORDER DATED JANUARY 17, 2014**<br><br>**FILED UNDER SEAL** |

## SUPPLEMENTAL AFFIDAVIT OF CHRISTOPHER M. ASSISE

I, Christopher M. Assise, declare that the following is true and correct:

1. I am an associate at Sidley Austin LLP and am one of the lawyers representing Defendant Massachusetts Mutual Life Insurance Company ("MassMutual").

2. I have personal knowledge of the facts described in this declaration. If called upon to do so, I would testify to the matters stated in this declaration. I respectfully submit this declaration in support of Defendant's Reply Memorandum in Support of Summary Judgment on the Issue of Whether it Acts as a Fiduciary with Respect to Revenue Sharing.

3. Defendant has attached an excerpt of the document listed below. A full copy of this document is available upon request.

4. A true and correct excerpt of the deposition transcript of Eric Wietsma, taken October 1, 2013, is attached as Exhibit 25.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 29, 2014.

*Christopher M. Assise* (signature)
Christopher M. Assise

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, a copy of Supplemental Affidavit Of Christopher M. Assise was served via electronic and first class mail as follows:

Michelle H. Blauner
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
E-mail: mblauner@shulaw.com

John M. Edgar
John F. Edgar
Michael D. Pospisil
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
E-mail: jme@edgarlawfirm.com
        jfe@edgarlawfirm.com
        mdp@edgarlawfirm.com

James E. Miller
Laurie Rubinow
Kolin C. Tang
Karen M. Leser
Shepherd Finkelman Miller
 & Shah LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
E-mail: jmiller@sfmslaw.com
        lrubinow@sfmslaw.com
        kleser@sfmslaw.com
        ktang@sfmslaw.com

Ronald S. Kravitz
Liner Grode Stein Yankelevitz
Sunshine Regenstreif & Taylor LLP
199 Fremont St., 20th Fl.
San Francisco, CA 94105
Telephone: (415) 489-7700
E-mail: rkravitz@linerlaw.com

Patrick A. Klingman
Klingman Law, LLC
100 Pearl Street, 14th Floor
Hartford, CT 06103-4500
Telephone: (860) 249-7122
E-mail: pak@klingmanlaw.com

/s/ Mark B. Blocker
*One of the Attorneys for Defendant Massachusetts Mutual Life Insurance Company*