IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GOLDEN STAR, INC., | : | CIVIL ACTION |
| Plan Administrator of the Golden Star | : | NO: 3:11-CV-30235-MGM |
| Administrative Associates' 401(k) Plan | : | |
| and the Golden Star Bargaining Associates' | : | CLASS ACTION |
| 401(k) Plan, On Behalf of Itself and | : | |
| All Others Similarly Situated, | : | |
| | : | Hearing Date: April 9, 2015 |
| Plaintiff, | : | Time: 10:00 a.m. |
| | : | Franklin Courtroom |
| vs. | : | |
| | : | |
| MASSACHUSETTS MUTUAL LIFE | : | |
| INSURANCE CO., | : | |
| | : | |
| Defendant. | : | |

_____

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT**
_____

Plaintiff, Golden Star, Inc. ("Plaintiff" or "GSI"), on behalf of itself and the proposed Settlement Classes, respectfully submits this Motion for Final Approval of the Settlement reached with Defendant, Massachusetts Mutual Life Insurance Company ("MassMutual" or "Defendant"). For the reasons stated in the accompanying Memorandum of Law and as detailed in the accompanying Settlement Agreement, Plaintiff respectfully submits that the proposed settlement ("Settlement") is fair, reasonable, and adequate, and should be granted final approval so that benefits can be provided to the Class. The Settlement is the product of protracted, arm's-length negotiations between counsel for the Class and Defendant, all of whom have significant experience in matters arising under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq*., and who were well informed regarding all of the issues in this case, based upon the comprehensive manner in which this action was litigated by both sides. To date,

there have been no requests for exclusion from the Settlement and only one objection that is entirely lacking in merit, as discussed in the accompanying Memorandum of Law. Accordingly, Plaintiff respectfully requests that the Court finally approve the Settlement and enter the proposed Final Approval Order, which accompanies Plaintiff's Memorandum of Law.

Plaintiff and its counsel stand ready to provide any additional information that the Court may require in connection with its consideration of this Motion and looks forward to appearing at the Final Approval Hearing on April 9, 2015.

Dated: February 23, 2015             Respectfully submitted,

/s/ Laurie Rubinow
James E. Miller (*admitted pro hac vice*)
Laurie Rubinow (*admitted pro hac vice*)
Karen M. Leser-Grenon (*admitted pro hac vice*)
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
           lrubinow@sfmslaw.com
           kleser@sfmslaw.com

Ronald S. Kravitz
Shepherd Finkelman Miller & Shah, LLP
One California St., Suite 900
San Francisco, CA  94111
Telephone: (415) 429-5272
Facsimile:  (866) 300-7367
Email: rkravitz@sfmslaw.com

John M. Edgar
John F. Edgar
Edgar Law Firm LLC
1032 Pennsylvania Avenue
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile:  (816) 531-3322
Email: jme@edgarlawfirm.com
           jfe@edgarlawfirm.com

Michelle H. Blauner, BBO #549049
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone:  (617) 439-3939
Facsimile:  (617) 439-0134
Email: mblauner@shulaw.com

**Attorneys for Plaintiff
and the Proposed Settlement Classes**

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 23, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       /s/ Laurie Rubinow