IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GOLDEN STAR, INC., | : | CIVIL ACTION |
| Plan Administrator of the Golden Star | : | NO: 3:11-CV-30235-MGM |
| Administrative Associates' 401(k) Plan | : | |
| and the Golden Star Bargaining Associates' | : | CLASS ACTION |
| 401(k) Plan, On Behalf of Itself and | : | |
| All Others Similarly Situated, | : | |
| | : | Hearing Date: June 25, 2015 |
| Plaintiff, | : | Time: 11:00 a.m. |
| | : | Franklin Courtroom |
| vs. | : | |
| | : | |
| MASSACHUSETTS MUTUAL LIFE | : | |
| INSURANCE CO., | : | |
| | : | |
| Defendant. | : | June 23, 2015 |

**SECOND SUPPLEMENTAL SUBMISSION IN SUPPORT OF PLAINTIFF'S
MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiff, Golden Star, Inc. ("Plaintiff"), respectfully makes this Second Supplemental Submission in Support of its Motion for Final Approval of the Settlement.[1] Pursuant to the Court's suggestion and direction at the hearing held on May 14, 2015, Plaintiff and Defendant, Massachusetts Mutual Life Insurance Co. ("MassMutual"), have been engaged in discussions with the Related Plans[2] and the ADP TotalSource Retirement Savings Plan ("ADPTS"),[3] in an

---

[1] For purposes of consistency, unless otherwise noted, Plaintiff adopts the same definitions as contained in the Parties' Settlement Agreement and Plaintiff's Motion and supporting Memorandum of Law in Support of Final Approval of the Settlement filed on February 23, 2015. [Dkt. Nos. 170 and 171.]

[2] As detailed in Plaintiff's Supplemental Submission dated March 19, 2015, the Related Plans (as previously defined in that submission) are Ancra International, LLC 401(k) Plan; National Strand Products 401(k) Plan; Neo Industries LLC 401(k) Plan; Zalk Joseph Fabricators, LLC 401(k) Plan for Employees of Local Union No. 665 of International Association of Ironworkers; DW-National Standard-Niles LLC Union Employees' Savings Plan; DW-National Standard-Niles LLC Union Employees' Savings Plan; Barko Hydraulics, LLC 401(k) Plan for

effort to address the concerns expressed by the Related Plans and ADPTS. Plaintiff is pleased to report to the Court that the parties have reached an agreement to address the concerns expressed by the Related Plans and ADPTS, and that the objections to the Settlement by the Related Plans and ADPTS have been resolved and withdrawn.[4] Specifically, pursuant to the agreement of the parties, the proposed Final Approval Order has been revised to address the concerns expressed by the Related Plans and ADPTS. A true and correct copy of the proposed Final Approval Order incorporating the agreed-upon changes is attached as Exhibit "A," and a true and correct copy of a redline of the proposed Final Approval Order reflecting the agreed-upon changes is attached as Exhibit "B."

In light of the agreement reached and the withdrawal of these objections, Plaintiff respectfully submits that the Court should grant final approval of the Settlement. As a result of the resolution of these objections, there are no longer any Class Members objecting to the Settlement on a substantive basis. In addition, the Independent Fiduciary retained to represent the interest of the retirement plans in the Class has reviewed the Settlement and opined that it is in the best interest of the Plans. Plaintiff looks forward to appearing before the Court on June 25,

---

Employees of Local Lodge No. 117 of the International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers and Helpers; Heico Construction Group LLC 401(k) Plan for Field Hourly Employees; Davis Wire Corporation 401(k) Plan; Heico Holding, Inc. 401(k) Plan; and Davis Wire Pueblo Corporation 401(k) Plan for Hourly Employees (the "Related Plans"), which plans are customers of MassMutual and are associated with businesses that are part of The Heico Companies, LLC.

[3]ADPTS, a former plan customer of MassMutual, had joined in the objection of the Related Plans.

[4]Counsel for the Related Plans and ADPTS have authorized the parties to so advise the Court and have agreed to the proposed Final Approval Order in the form submitted herewith.

2015 and stands ready to address any additional matters that the Court may deem appropriate.

Dated: June 23, 2015								Respectfully submitted,

/s/ Laurie Rubinow
James E. Miller (*admitted pro hac vice*)
Laurie Rubinow (*admitted pro hac vice*)
Karen M. Leser-Grenon (*admitted pro hac vice*)
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jmiller@sfmslaw.com
          lrubinow@sfmslaw.com
          kleser@sfmslaw.com

Ronald S. Kravitz
Shepherd Finkelman Miller & Shah, LLP
One California St., Suite 900
San Francisco, CA  94111
Telephone: (415) 429-5272
Facsimile:  (866) 300-7367
Email: rkravitz@sfmslaw.com

John M. Edgar
John F. Edgar
Edgar Law Firm LLC
1032 Pennsylvania Avenue
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile:  (816) 531-3322
Email: jme@edgarlawfirm.com
          jfe@edgarlawfirm.com

Michelle H. Blauner, BBO #549049
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone:  (617) 439-3939
Facsimile:  (617) 439-0134
Email: mblauner@shulaw.com

**Attorneys for Plaintiff
and the Proposed Settlement Classes**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Laurie Rubinow